

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| ELIZABETH A. GIANNINI,<br><br>PLAINTIFF,<br><br>V.<br><br>CONFERENCE SYSTEMS, INC.<br>ET AL.,<br><br>DEFENDANTS. | CIVIL ACTION NO. C-05-4629 JCS<br><br>ORDER GRANTING APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

R. Michael Smith, an active member in good standing of the bar of the United States District Court for the District of Maryland whose telephone number is (410) 576-4174 and business address is 233 E. Redwood Street, Baltimore, Maryland, 21202, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Conference Systems, Inc. and Visual Aids Electronics Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/3, 2006

Joseph C. Spero
United States Magistrate Judge

283814.1
2/28/2006