# BOROWSKY & HAYES LLP

ATTORNEYS AT LAW
ONE MARKET PLAZA, SUITE 1275
STEUART TOWER
SAN FRANCISCO, CALIFORNIA 94105-1403
TEL. (415) 896-6800 • FAX (415) 896-0600
WWW.BOROWSKY.COM

PHILIP BOROWSKY, P.C.
CHRISTOPHER J. HAYES

NORMAN P. ENGLISH

ORANGE COUNTY OFFICE:
ONE PARK PLAZA, SUITE 1250
IRVINE, CALIF. 92614-8509
TEL. (949) 474-9922
FAX (949) 474-9933

June 1, 2006

**By E-Filing and Fax**

Hon. Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Re:   *Giannini v. Conference Systems, Inc.,* No. C 05-4629 JCS
      Case Management Conference: June 2, 2006, at 1:30 p.m.

Dear Judge Spero:

On behalf of Plaintiff Elizabeth A. Giannini, I hereby report that the parties reached a confidential resolution of this action yesterday evening at the private mediation ordered by the Court. I expect that the parties will present a stipulation of dismissal for Court approval within about two weeks.

A case management conference is scheduled for tomorrow afternoon as noted above. I will attend the conference in person unless specifically directed otherwise by the Court, but I believe both parties would welcome a continuance of the case management conference for up to 30 days, to be vacated if the dismissal is filed before then, if that would be consistent with the Court's preference.

If the Court prefers the parties to appear tomorrow, I expect that Mr. Smith will request to do so by telephone.

I or my partner Philip Borowsky would be pleased to answer any questions the Court may have by telephone at (415) 896-6800.

Respectfully submitted,

BOROWSKY & HAYES LLP

/s/ Christopher J. Hayes
Christopher J. Hayes

cc:   R. Michael Smith, Esq., by E-Filing and fax

IT IS HEEREBY ORDERED THAT the further case mangement conference, set for June 1, 2006, at 1:30 p.m., has been continued to July 21, 2006, at 1:30 p.m.

Dated: June 2, 2006



G:\Cases\1175 Giannini\Letters\Spero 02.wpd