| | |
|---|---|
| 1 | H. JOSEPH ESCHER III (State Bar No. 85551) |
| | BRADLEY P. KAPLAN (State Bar No. 148647) |
| 2 | DECHERT LLP |
| | One Market, Steuart Tower |
| 3 | Suite 2500 |
| | San Francisco, CA 94105-1126 |
| 4 | Telephone: (415) 262-4500 |
| | Facsimile (415) 262-4555 |
| 5 | |
| 6 | R. MICHAEL SMITH (Pro Hac Vice) |
| | GORDON, FEINBLATT, ROTHMAN, |
| 7 | HOFFBERGER & HOLLANDER, LLC |
| | The Garrett Building |
| 8 | 233 East Redwood Street |
| | Baltimore, Maryland 21202-3332 |
| 9 | Telephone: (410) 576-4174 |
| | Facsimile: (410) 576-4292 |
| 10 | |
| | Attorneys for Defendants |
| 11 | CONFERENCE SYSTEMS, INC. and |
| | VISUAL AIDS ELECTRONICS CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH A. GIANNINI, | Case No. C 05-4629 JCS |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| CONFERENCE SYSTEMS, INC., VISUAL AIDS ELECTRONICS CORP., and JOHN DOES 1-10, | |
| Defendants. | |

STIPULATION AND ORDER OF DISMISSAL     C-05-4629 JCS

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Defendants stipulate and request that the Court enter an order dismissing with prejudice all claims alleged in the above-captioned action. The parties shall bear their own attorneys' fees, litigation expenses and costs, except as may otherwise be agreed by the parties.

Dated: June 12, 2006　　　　　　　　　　BOROWSKY & HAYES LLP

By: /s/ Christopher J. Hayes
　　Christopher J. Hayes
Attorneys for Plaintiff
ELIZABETH GIANNINI

Dated: June 2, 2006　　　　　　　　　　DECHERT LLP

By:/s/ Bradley P. Kaplan
　　Bradley P. Kaplan
Attorneys for Defendants
CONFERENCE SYSTEMS, INC. and
VISUAL AIDS ELECTRONICS CORP.

IT IS SO ORDERED.

Dated: June 12, 2006

_____
Magistrate Judge Joseph C. Spero

STIPULATION AND ORDER OF DISMISSAL　　- 2 -　　C-05-4629 JCS

12384221.1.LITIGATION

STIPULATION AND ORDER OF DISMISSAL          - 3 -                              C-05-4629 JCS